IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KANWALJIT SINGH HUNDAL,

    Petitioner,                    No. CIV S-11-1571 JAM EFB P

    vs.

J. TIM OCHOA, et al.,

    Respondents.             <u>ORDER</u>

         /

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file and serve a responsive pleading. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's August 18, 2011 motion is granted and respondent shall file and serve a responsive pleading on or before September 22, 2011.

DATED: August 25, 2011.

                        EDMUND F. BRENNAN
                        UNITED STATES MAGISTRATE JUDGE